# EXHIBIT A



**ACMS Public Access: Case Document List**

  

⬇ Page: 1

MORE ...

| VENUE      | : CUMBERLAND    COURT : LAW CVL       DOCKET #: L   000457  12 |
| CASE TITLE | : LEMON ADMINISTRATRIX VS RILEY DO ETAL |

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|-----|------|----|------|-----|-----------------|------|----------------|---------------|-----|-----|
| ○ | 05 | 22 | 2012 | 001 | COMP JRY DEMAND | | ESTATE OF LY | CONNELLY JR | | N |
| ○ | 06 | 13 | 2012 | 002 | ANS CROSS&JRYD | | SOUTH JERSEY | GROSSMAN & H | | N |
| ○ | 06 | 19 | 2012 | 003 | ANS CROSS&JRYD | | RILEY DO | STAHL & DELA | | N |
| ○ | 06 | 22 | 2012 | 004 | PRF SERVC | | AMIN MD | STAHL & DELA | | N |
| ○ | 06 | 22 | 2012 | 005 | PRF SERVC | | PATEL MD | ATTY REQUIRE | | N |
| ○ | 06 | 22 | 2012 | 006 | PRF SERVC | | PRIORI MD | STAHL & DELA | | N |
| ○ | 06 | 22 | 2012 | 007 | PRF SERVC | | COMPLETECARE | ATTY REQUIRE | | N |
| ○ | 06 | 22 | 2012 | 008 | PRF SERVC | | SOUTH JERSEY | GROSSMAN & H | | N |
| ○ | 06 | 22 | 2012 | 010 | PRF SERVC | | KIDNEY AND H | ATTY REQUIRE | | N |
| ○ | 06 | 22 | 2012 | 011 | PRF SERVC | | BRIDGETON FA | ATTY REQUIRE | | N |



ACMS Public Access: Case Document List

 

↑ ↓ **Page: 2**

**MORE ...**

```
VENUE      : CUMBERLAND    COURT : LAW CVL      DOCKET #: L   000457  12
CASE TITLE : LEMON ADMINISTRATRIX VS RILEY DO ETAL
```

| SEL | DATE FILED | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|-----|-----------|---------|---------------|----------|--------------------------|---------------|---------|---------|
| ○ | 06 22 2012 | 012 | PRF SERVC | | TOMAR MD | ATTY REQUIRE | N | |
| ○ | 06 28 2012 | 013 | MOTN DISM COMPL | | RILEY DO | STAHL & DELA | N | GR |
| ○ | 07 10 2012 | 014 | ANS CROSS&JRYD | | PRIORI MD | STAHL & DELA | Y | |
| ○ | 07 18 2012 | 015 | MISC OTHER | | COURT INIT | | N | |
| ○ | 07 27 2012 | 016 | ORDR DISM CMPL | | RILEY DO | STAHL & DELA | N | GR |
| ○ | 08 10 2012 | 017 | MOTN MISC | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 08 10 2012 | 018 | AFFID MERIT | | ESTATE OF LY | CONNELLY JR | N | |
| ○ | 08 27 2012 | 019 | ORD WV AFF MERI | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 09 14 2012 | 020 | ORDR MISC | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 09 14 2012 | 022 | PRF SERVC | | RILEY D O | DRAKE LAW FI | N | |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: XWZCPB Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 298

 

**ACMS Public Access: Case Document List**



**↑ ↓ Page: 3**

**MORE ...**

```
VENUE      : CUMBERLAND   COURT : LAW CVL      DOCKET #: L   000457  12
CASE TITLE : LEMON ADMINISTRATRIX VS RILEY DO ETAL
```

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 09 | 28 | 2012 | 021 | COMP AMENDED | | ESTATE OF LY | CONNELLY JR | N | |
| ○ | 11 | 01 | 2012 | 023 | ANS CROSS&JRYD | | RILEY D O | DRAKE LAW FI | N | |
| ○ | 11 | 01 | 2012 | 024 | ANS CROSS&JRYD | | PRIORI MD | STAHL & DELA | Y | |
| ○ | 11 | 13 | 2012 | 025 | ANS CROSS&JRYD | | SOUTH JERSEY | GROSSMAN & H | N | |
| ○ | 01 | 07 | 2013 | 026 | MOTN DISM COMPL | | PRIORI MD | STAHL & DELA | Y | PR |
| ○ | 01 | 11 | 2013 | 027 | CRT INIT TO DSM | | COURT INIT | | Y | GR |
| ○ | 01 | 11 | 2013 | 028 | CRT INIT TO DSM | | COURT INIT | | Y | GR |
| ○ | 01 | 25 | 2013 | 029 | ORDR DISM CMPL | | PRIORI MD | STAHL & DELA | Y | PR |
| ○ | 02 | 01 | 2013 | 030 | ORD FERREIRA CO | | COURT INIT | | N | GR |
| ○ | 02 | 04 | 2013 | 032 | AFFID MERIT | | ESTATE OF LY | CONNELLY JR | N | |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: XWZCPB Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 299





ACMS Public Access: Case Document List



↑ ↓ **Page: 4**

**MORE ...**

```
VENUE      : CUMBERLAND   COURT : LAW CVL      DOCKET #: L   000457  12
CASE TITLE : LEMON ADMINISTRATRIX VS RILEY DO ETAL
```

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|-----|----|----|------|-----|----------------|----------|-----------|----------|-----|-----|
| ○ | 02 | 04 | 2013 | 033 | AFFID MERIT | | ESTATE OF LY | CONNELLY JR | N | |
| ○ | 02 | 05 | 2013 | 031 | MOTN D CMP F IN | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 02 | 14 | 2013 | 034 | MOTN VCT ORDR | | ESTATE OF LY | CONNELLY JR | N | DN |
| ○ | 02 | 22 | 2013 | 035 | ORD D CMP F IN | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 03 | 04 | 2013 | 036 | OBJECT MOTION | | RILEY DO | STAHL & DELA | N | |
| ○ | 03 | 06 | 2013 | 037 | MOTN VCT ORDR | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 03 | 06 | 2013 | 038 | OBJECT MOTION | | SOUTH JERSEY | GROSSMAN & H | N | |
| ○ | 03 | 19 | 2013 | 039 | OBJECT MOTION | | RILEY DO | STAHL & DELA | N | |
| ○ | 03 | 22 | 2013 | 040 | ORDR VCT ORDR | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 03 | 22 | 2013 | 041 | ORDR VCT ORDR | | ESTATE OF LY | CONNELLY JR | N | DN |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: XWZCPB Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 298

 

**ACMS Public Access: Case Document List**



MORE ...

↑ ↓ Page: 5

```
VENUE       : CUMBERLAND    COURT : LAW CVL      DOCKET #: L   000457  12
CASE TITLE : LEMON ADMINISTRATRIX VS RILEY DO ETAL
```

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 03 | 25 | 2013 | 042 | OBJECT MOTION | | ESTATE OF LY | CONNELLY JR | N | |
| ○ | 04 | 19 | 2013 | 043 | CRT INIT TO DSM | | COURT INIT | | N | GR |
| ○ | 04 | 19 | 2013 | 044 | CRT INIT TO DSM | | COURT INIT | | N | GR |
| ○ | 04 | 19 | 2013 | 045 | CRT INIT TO DSM | | COURT INIT | | N | GR |
| ○ | 04 | 23 | 2013 | 046 | MISC DEG TR ATT | | RILEY D O | DRAKE LAW FI | N | |
| ○ | 04 | 23 | 2013 | 047 | MISC SUB ATTY | | RILEY D O | DRAKE LAW FI | N | |
| ○ | 05 | 10 | 2013 | 048 | ODR AMND ORDR | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 06 | 24 | 2013 | 049 | MOTN DISM COMPL | | RILEY D O | DRAKE LAW FI | N | WD |
| ○ | 08 | 07 | 2013 | 050 | MOTN DISM COMPL | | SOUTH JERSEY | GROSSMAN & H | N | GR |
| ○ | 09 | 12 | 2013 | 051 | ORDR DISM CMPL | | SOUTH JERSEY | GROSSMAN & H | N | GR |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: XWZCPB Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 298



**ACMS Public Access: Case Document List**





Page: 6

**END OF LIST**

| VENUE | : CUMBERLAND | COURT : LAW CVL | DOCKET #: L | 000457 | 12 |
| CASE TITLE | : LEMON ADMINISTRATRIX VS RILEY DO ETAL | | | | |

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 11 | 04 | 2013 | 052 | MOTN EXTND DISC | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 11 | 22 | 2013 | 053 | ORDR EXTND DISC | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 02 | 04 | 2014 | 054 | CAS MANG ORD | | RILEY D O | DRAKE LAW FI | N | GR |
| ○ | 02 | 28 | 2014 | 055 | COMP AMENDED | | ESTATE OF LY | CONNELLY JR | N | |
| ○ | 04 | 10 | 2014 | 056 | ANS CROSS&JRYD | | RILEY D O | DRAKE LAW FI | N | |
| ○ | 04 | 17 | 2014 | 057 | CONSENT ORDER | | ESTATE OF LY | CONNELLY JR | N | GR |
| ○ | 04 | 23 | 2014 | 058 | CONSENT ORDER | | LEMON | CONNELLY JR | N | GR |
| ○ | 06 | 04 | 2014 | 059 | ORDR OTH CSE MG | | RILEY D O | DRAKE LAW FI | N | GR |
| ○ | 06 | 11 | 2014 | 060 | ANS CROSS&JRYD | | SOUTH JERSEY | GROSSMAN & H | N | |