GROSSMAN, HEAVEY & HALPIN, P.C.
Michael G. Halpin, Esq.
1608 Highway 88 West, Suite 200
Brick, New Jersey 08724
(732) 206-0200
Attorney for Defendant, Inspira Health Network (incorrectly pled as South Jersey Healthcare)

| | |
|---|---|
| ESTATE OF LYNETTE SMITH | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff | |
| | CIVIL ACTION NO 14-7247 (NLH)(KMW) |
| vs. | |
| | |
| JOSEPH P. RILEY, D.O, et al. | STIPULATION OF DISMISSAL |
| | WITH PREJUDICE |

The matter in difference in the above-entitled action being amicably adjusted by and between the parties; it is hereby stipulated and agreed that the Complaint be and hereby is dismissed as against Inspira Health Network (incorrectly pled as South Jersey Healthcare), with prejudice, and without costs or fees to any party.

GROSSMAN, HEAVEY & HALPIN, P.C.          THOMAS CONNELLY, ESQUIRE

By:_____              By:_____
   Michael G. Halpin, Esq.                  Thomas Connelly, Esq.
   Attorney for Defendant                   Attorney for Plaintiffs