DRAKE LAW FIRM, P.C.
By: James E. Drake, Esq.
Attorney ID: 2011-04864
29 N. Shore Road
Absecon, New Jersey 08201
(609) 645-7406
Attorney for Defendant(s), Joseph P. Riley, D.O.
File No. 7457-SD

FILED ELECTRONICALLY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| ESTATE OF LYNETTE SMITH, Plaintiff, vs. DR. JOSEPH P. RILEY, D.O., ET ALS Defendant | CIVIL ACTION NO.: 14-7247 (NLH) (KMW) STIPULATION OF DISMISSAL AS TO DEFENDANT, JOSEPH P. RILEY, D.O. |
|---|---|

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice as to Defendant, Joseph P. Riley, D.O., and without costs against any party.

DRAKE LAW FIRM, P.C.

By: _____
Steve Drake, Esquire
Attorney for Defendants
Joseph P. Riley, D.O.

By: _____
Thomas Connelly, Esquire
Attorney for Plaintiffs
Estate of Lynette Smith

DATED: 2-4-15

DATED: 2/17/15

1

Page Two of Two Pages
Stipulation of Dismissal With Prejudice
as to Defendant, Joseph P. Riley, D.O.

Simth v Riley, et als
Docket No.: 1:14-cv-07247-NLH-KMW

GROSSMAN & HEAVEY

By: _____
Michael G. Halpin, Esquire
Attorney for Defendant
South Jersey Healthcare

DATED: 4/6/15