```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
_____
ESTATE OF LYNETTE SMITH,

            Plaintiff,          Civil No. 14-7247 (NLH/KMW)
v.

RILEY, D.O., at al.                      ORDER

            Defendants.
_____
```

For the reasons set forth in the Opinion entered on this date,

IT IS on this   31st   day of   July   2015,

ORDERED that the motion [Doc. No. 2] of the United States of America seeking to substitute itself for Defendants Hasmukhbhai Patel, M.D., Raghuraj Tomar, M.D., and Community Health Care, Inc., and further seeking to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) be, and the same hereby is GRANTED; and it is further

ORDERED that the United States is hereby substituted as a defendant in place of Defendants Patel, Tomar and Community Health, and all claims against the United States are hereby dismissed without prejudice; and it is further

ORDERED that the motion [Doc. No. 10] of Plaintiff, the Estate of Lynette Smith, for default judgment as to Defendants Ellis Priori, M.D., Naeem Amin, M.D., and Kidney and

Hypertension Specialists, P.A. be, and the same hereby is

<u>DENIED</u>.

                                         <u>s/ Noel L. Hillman</u>
                                         NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey