UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF LYNETTE SMITH, et al., | : <br> : <br> :   Civ. A. No. 14-7247 (NLH)(KMW) |
| Plaintiffs, | : <br> : |
| v. | : <br> :   **ORDER** |
| JOSEPH P. RILEY, D.O., et al., | : <br> : <br> : |
| Defendants. | : |
| ESTATE OF LYNETTE SMITH, et al., | : <br> : <br> :   Civ. A. No. 15-7374 (NLH)(KMW) |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| JOSEPH P. RILEY, D.O., et al., | : <br> : <br> : |
| Defendants. | : |

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   15th   day of   June  , 2016

    ORDERED that Defendants Kidney Hypertension Specialists, Elis Priori, and Naeem Amin's motions to dismiss [Docket 14-7247, Doc. Nos. 42, 43; Docket 15-7374, Doc. Nos. 9, 10] be, and the same hereby are, **GRANTED**; and it is further

ORDERED that Plaintiff Lorraine Lemon's motion to vacate certain orders of the state trial court [Docket 14-7247, Doc. No. 44; Docket 15-7374, Doc. No. 11], be and the same hereby is, **DENIED;** and it is further

ORDERED that the remaining parties must show cause within ten (10) days of entry of this Order why the two cases, Civ. A. No 14-7247 and Civ. A. 15-7374, should not be consolidated and the later action dismissed.

Date: June 15, 2016      ___s/ Noel L. Hillman_____
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.