IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LORRAINE LEMON, individually, and on behalf of the ESTATE OF LYNETTE SMITH, | HONORABLE NOEL L. HILLMAN |
| Plaintiffs, | |
| v. | No. 14-7247 (NLH) (KMW) |
| | No. 15-7374 (NLH) (KMW) |
| RILEY, D.O., at al. | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against remaining Defendant United States of America, with each party to bear his/her/its own fees and costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
Thomas P. Connelly, Esq.
*Attorney for Plaintiffs*
THOMAS CONNELLY, ESQUIRE
63 N. Broad Street
Woodbury, NJ  08096

_____
WILLIAM E. FITZPATRICK
Acting U.S. Attorney
BY: Anne B. Taylor, AUSA
*Attorney for Defendant United States of America*
U.S. Attorney's Office
401 Market St., 4th Floor
Camden, NJ  08101